**BARON BMW**
9010 SHAWNEE MISSION PKWY
MERRIAM, KS 66202
913/722-5100

DEAL# 112114  CUST# 198297

Log No. __112114__

☒ Purchase   ☐ Lease

Prospect No. _____

*Nussbaum*

Customer Name __KELLI JONNETTE NUSSABAUM__
(Print)

Date __04/09/2022__

Customer Address __1109 NE WATERFIELD VILLAGE DR   BLUE SPRINGS MO 64014__   kt303@liquidlogics.com
(Print)

Home Phone __816/309-2539__  Bus Phone _____  Cell Phone __816/309-2539__  Sales Person __SANTIAGO SANCHEZ__

I hereby agree to purchase/lease from you under the terms and conditions specified the following

☒ Used Vehicle   ☐ New    Previous Use:

☐ Driver Training Vehicle
☐ Lease or Rental Vehicle

☐ Factory Buyback
☐ Return - Lemon Law

| Stock No. | | Year | Make | Model No. | Model | | Body Type |
|---|---|---|---|---|---|---|---|
| N9J67744 | | 2022 | BMW | | X7 | | MP |
| Color | Trim | Miles | Cyl. | | Serial No. | Key No. | License No. |
| WHITE | | 2931 | | | 5UXCX6C02N9J67744 | | |

| TRADE-IN INFORMATION | | OPTIONAL EQUIPMENT INCLUDED IN SALE PRICE | PURCHASE INFORMATION | | |
|---|---|---|---|---|---|
| Year | Make | | MSRP | | 121202.00 |
| Model | Body Style | | Dealer Adds | + | N/A |
| Cyl. | Mileage | | Total | | 121202.00 |
| Color | Trim | | Selling Price | | 113995.00 |
| License No. | | | Rebate | - | N/A |
| Vin | | | Trade Allowance | - | N/A |
| Payoff To | | | Net Due before Products & Fees | = | 113995.00 |
| Address | | | BMW Maint          # | + | 6024.00 |
| City/St/Zip | | | | + | N/A |
| Phone No. | | | | + | N/A |
| Payoff Amount | N/A | | | + | N/A |
| Good Until Date | | | | + | N/A |
| Draft | Send Check | | BMW SvcCt          # | + | 7350.00 |
| Drafting Quoted To | | | | + | N/A |
| Date Drafting Given | | | | + | N/A |
| Loan (Acct. No.) | | | | + | N/A |
| Quoted By | | | | + | N/A |
| Quoted To | | | | + | N/A |
| | | | | + | N/A |
| LIEN INFORMATION | | | | + | N/A |
| To  U.S. BANK N.A. | | | | + | N/A |
| Address  PO BOX 679 | | | | + | N/A |
| City/St/Zip WILMINGTON, OH 45177-0679 | | | | + | N/A |
| Draft Thru | | | Title/Tag Fee | + | 2.50 |
| Address | | | | + | N/A |
| City/St/Zip | | | Administrative Fee | + | 599.00 |
| Amount of Lien | 127970.50 | | Net Due After Products & Fees | = | 127970.50 |
| Lien Date | | | Federal Excise Tax on Items with "&" | + | N/A |
| Quoted To | Quoted By | | State Sales Tax on Items with "#" | + | N/A |

THE DEALER (SELLER) RESERVES THE RIGHT TO ADD TO THE PURCHASE PRICE OF THE VEHICLE BEING PURCHASED AND INSTALLED ON THIS AGREEMENT, A CHARGE TO OFFSET THE DEALERS COST INCURRED FOR SERVICING OF THE VEHICLE, INSTALLATION, REPAIRS, ALTERATIONS, IMPROVEMENTS, PREPARATION FOR DELIVERY OF THE VEHICLE PRIOR TO SALE AND FOR AFTER SALE FOLLOW UP BY DEALER OF ANY CUSTOMER SATISFACTION PROGRAM OR ADDITIONAL DEALER PROFIT. THE CHARGE WILL BE IDENTIFIED AS ADMINISTRATIVE FEE ON THE PURCHASE INFORMATION PORTION OF THIS AGREEMENT.

| Dealer Inventory Tax** on Items with "@" | + | N/A |
|---|---|---|

Title Search Disclosure
☐ Dealer has performed a title search
☒ Dealer has not performed a title search
By signing below, Purchaser acknowledges the title search disclosure above has been made.

| Net Balance Due | = | 127970.50 |
|---|---|---|
| Trade Payoff | + | N/A |
| Total Cash Price | = | 127970.50 |
| Cash Received | - | N/A |
| Rebate as Cash Down | - | N/A |
| Total Balance Due | = | 127970.50 |

__Kelli Nussbaum__
Purchaser Signature          __04/09/2022__
                                        Date

__N/A__                        __N/A__
Co-Purchaser Signature          Date

The terms of this Buyer's Order are supplemented by the following representations and promises that the Dealer has made to me:

USED VEHICLE WHETHER OR NOT SUBJECT TO MANUFACTURER'S WARRANTY: THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE. SPANISH TRANSLATION: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta. The window form and the information on the front and back of this Order comprise the entire agreement affecting this purchase and no other agreement or understanding, either verbal or written, of any nature concerning same has been made or entered into or will be recognized. I understand that the Seller does not guarantee the year, model or mileage of the vehicle covered by this Order. I hereby certify that no credit has been extended to me for the purchase of this vehicle except as appears in writing on the face of this agreement. I have read the matter printed on the back hereof and agree to it as a part of this Order the same as if it were printed above my signature. I certify that I am 18 years of age, or older, and hereby acknowledge receipt of a copy of this Order.

** The Dealer's Inventory Tax charge is intended to reimburse Dealer for ad valorem taxes on its motor vehicle inventory. The charge, which is paid by Dealer to the county tax assessor-collector, is not a tax imposed on Purchaser by the government, and is not required to be charged by the Dealer to the Purchaser.

ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURER, EXCEPT AS MAY BE SEPARATELY PROVIDED BY THE DEALER OR BY APPLICABLE LAW, THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PRODUCTS. ALL EQUIPMENT EXCHANGED BECOMES PROPERTY OF SELLER IN CONSIDERATION OF LABOR CHARGES.

All provisions of this contract that are prohibited by applicable law shall be ineffective solely to the extent of such prohibition without invalidating the other provisions of this contract. In the event that the Purchaser and the Seller enter into a retail installment contract for the financing of the purchase of the vehicle, the terms of the retail installment contract will control any inconsistencies between this contract and the retail installment contract.

PURCHASER SIGNATURE __Kelli Nussbaum__

APPROVED _____

CO-PURCHASER __N/A__

THIS ORDER NOT VALID UNLESS SIGNED BY DEALER

60110*1*KS51S-FI

DEAL# 112114

**ITEMIZATION OF AMOUNT FINANCED**

1 Cash Price (including $ _____N/A_____ sales tax) $ 113995.00 (1)

2 Total Downpayment =
  Trade-In — _____N/A_____
    (Year)      (Make)        (Model)
  Gross Trade-In Allowance $ N/A
  Less Pay Off Made By Seller to N/A $ N/A
  Equals Net Trade In $ N/A
  + Cash $ N/A
  + Other N/A $ N/A
  + Other N/A $ N/A
  + Other N/A $ N/A
  (If total downpayment is negative, enter "0" and see 4I below) $ 0.00 (2)

3 Unpaid Balance of Cash Price (1 minus 2) $ 113995.00 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf
  (Seller may keep part of these amounts):
  A Cost of Optional Credit Insurance Paid to Insurance Company or Companies.
     Life $ N/A
     Disability $ N/A $ N/A
  B Vendor's Single Interest Insurance Paid to Insurance Company $ N/A
  C Other Optional Insurance Paid to Insurance Company or Companies $ N/A
  D Optional Gap Contract $ N/A
  E Official Fees Paid to Government Agencies
     to N/A       for N/A $ N/A
     to N/A       for N/A $ N/A
     to N/A       for N/A $ N/A
  F Government Taxes Not Included in Cash Price $ N/A
  G Government License and/or Registration Fees
     N/A
     N/A
  H Government Certificate of Title Fees $ 2.50
  I Other Charges (Seller must identify who is paid and describe purpose.)
     to N/A          for Prior Credit or Lease Balance $ N/A
     to BARON BMW    for ADMIN FEE $ 599.00
     to BARON BMW    for BMW SvcCt $ 7350.00
     to BARON BMW    for BMW Maint $ 6024.00
     to N/A          for N/A $ N/A
     to N/A          for N/A $ N/A
     to N/A          for N/A $ N/A
     to N/A          for N/A $ N/A
     to N/A          for N/A $ N/A
     to N/A          for N/A $ N/A
     to N/A          for N/A $ N/A
     to N/A          for N/A $ N/A
  Total Other Charges and Amounts Paid to Others on Your Behalf $ 13975.50 (4)

5 Amount Financed (3 + 4) $ 127970.50 (5)

OPTION: ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before _____ N/A _____, Year ___N/A___, SELLER'S INITIALS _____

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose or you may provide the required insurance through an existing policy owned or controlled by you. Insurance you provide must be acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.
If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

**Optional Credit Insurance**
☐ Credit Life  ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability  ☐ Buyer  ☐ Co-Buyer  ☐ Both
Premium:
  Credit Life $ N/A
  Credit Disability $ N/A
Insurance Company Name N/A
Home Office Address N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance or credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**
☐ N/A              N/A
   Type of Insurance    Term
Premium $ N/A
Insurance Company Name N/A
Home Office Address N/A

☐ N/A              N/A
   Type of Insurance    Term
Premium $ N/A
Insurance Company Name N/A
Home Office Address N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.
I want the insurance checked above.

X N/A                          N/A
Buyer Signature                Date
X N/A                          N/A
Co-Buyer Signature             Date

THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.  Buyer Signs X _____   Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See the rest of this contract for other important agreements.
NOTICE TO CONSUMER. 1. Do not sign this agreement before you read it. 2. You are entitled to a copy of this agreement. 3. You may prepay the unpaid balance at any time without penalty.

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X _____ Date 04/09/2022   Co-Buyer Signs X N/A _____ Date _____
Buyer Printed Name KELLI JONNETTE NUSSBAUM   Co-Buyer Printed Name N/A
If the "business" use box is checked in "Primary Use for Which Purchased": Print Name N/A   Title N/A
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other owner signs here X N/A   Address N/A
Seller signs BARON BMW _____ Date 04/09/2022  By X _____ Title FI MANAGER

Seller assigns its interest in this contract to U.S. BANK N.A.   (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse   ☒ Assigned without recourse   ☐ Assigned with limited recourse
Seller BARON BMW
By X _____   Title FI MANAGER

LAW FORM NO. 553-KS-eps-14 (REV.3/21)   88317*1*KS51S-FI   04/09/2022 04:10 pm
©2021 The Reynolds and Reynolds Company   THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.   LAW 553-KS-eps-14 3/21 v1   Page 3 of 3

**LAW** 553-KS-eps-14 3/21

### RETAIL INSTALLMENT SALE CONTRACT
### SIMPLE FINANCE CHARGE

014386

CUST# 198297
STK# N9J67744
DEAL# 112114

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| KELLI JONNETTE NUSSBAUM   *Nussbaum*<br>1109 NE WATERFIELD VILLAGE DR<br>BLUE SPRINGS  MO  64014-1835<br>JACKSON | N/A | BARON BMW<br>9010 SHAWNEE MISSION PKWY<br>MERRIAM KS  66202<br>913-722-5100 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2022 | BMW<br>X7 | 2931 | 5UXCX6C02N9J67744 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural   ☐ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of |
|---|---|---|---|---|
| 5.93 % | $ 24796.94 | $ 127970.50 | $ 152767.44 | $ 0.00 is<br>$ 152767.44 |

**Returned Check Charge:** If any check you give us is dishonored, you will pay a charge of $ 30 if we demand that you do so.

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI** insurance): If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ N/A and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

**Your Payment Schedule Will Be:**                                                (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 2121.77 | MONTHLY   beginning  05/24/2022 |
| N/A | $ N/A | N/A |
| N/A | | |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5 % of the part of the payment that is late. If the vehicle is primarily for personal, family, or household use, the maximum charge for each late payment will be $ 25 .
**Prepayment.** If you pay early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**APPLICABLE LAW**
Federal law and the law of the state of Kansas apply to this contract. This contract shall be subject to the provisions of the Kansas Uniform Consumer Credit Code (including Article 2, Parts 2 and 5) unless you are a corporation or the vehicle is purchased primarily for business or agricultural use.

**Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
**Spanish Translation:** Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term ____N/A____ Mos.          _____N/A_____
                                        Name of Gap Contract
I want to buy a gap contract.

Buyer Signs X _____N/A_____

### NO COOLING OFF PERIOD
**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

88317*1*KS51S-FI

Buyer Initials X _____   Co-Buyer Initials X ____N/A____

## ADDITIONAL TERMS AND CONDITIONS

1.    As used in this Order the terms (a) "Seller" shall mean the authorized Dealer to whom this Order is addressed and who shall become a party hereto by its acceptance hereof, (b) "Purchaser" shall mean the party executing this Order as such on the face hereof, and (c) "Manufacturer" shall mean the Corporation that manufactured the vehicle or chassis, it being understood by Purchaser and Seller that Seller is in no respect the agent of Manufacturer, that Seller and Purchaser are the sole parties to this Order and that reference to Manufacturer herein is for the purpose of explaining generally certain contractual relationships existing between Seller and Manufacturer with respect to new motor vehicles.

2.    Manufacturer has reserved the right to change the price to Dealer of new motor vehicles without notice. In the event the price to Dealer of new motor vehicles of the series and body type ordered hereunder is changed by Manufacturer prior to delivery of the new motor vehicle ordered hereunder to Purchaser, Dealer reserves the right to change the cash delivered price of such motor vehicle to Purchaser accordingly. If such cash delivered price is increased by Dealer, Purchaser may, if dissatisfied therewith, cancel this Order.

3.    If the used motor vehicle which has been traded in as a part of the consideration for the motor vehicle ordered hereunder is not to be delivered to Dealer until delivery to Purchaser of such motor vehicle, the used motor vehicle shall be reappraised at that time and such reappraised value shall determine the allowance made for such used motor vehicle. If such reappraised value is lower than the original allowance thereof shown on the front of this Order, Purchaser may, if dissatisfied therewith, cancel this Order, provided, however, that such right to cancel is exercised prior to the delivery of the motor vehicle ordered hereunder to the Purchaser and surrender of the used motor vehicle to Dealer.

4.    Purchaser agrees to deliver to Dealer satisfactory evidence of title to any used motor vehicle traded in as a part of the consideration for the motor vehicle ordered hereunder at the time of delivery of such used motor vehicle to Dealer. Purchaser warrants any such used motor vehicle to be his property free and clear of all liens and encumbrances except as otherwise noted herein. The Purchaser agrees to pay in cash, on demand by the dealer, any balance owed on the trade-in in excess of the amount shown on the front of this buyer's order.

5.    Manufacturer has reserved the right to change the design of any new motor vehicle, chassis, accessories or parts thereof previously purchased by or shipped to Dealer or being manufactured or sold in accordance with Dealer's orders. Correspondingly, in the event of any such change by Manufacturer, Dealer shall have no obligation to Purchaser to make the same or any similar change in any motor vehicle, chassis, accessories or parts thereof covered by this Order either before or subsequent to delivery thereof to Purchaser.

6.    Dealer shall not be liable for failure to deliver or delay in delivering the motor vehicle covered by this Order where such failure or delay is due, in whole or in part, to any cause beyond the control or without the fault or negligence of Dealer.

7.    The price for the motor vehicle specified on the face of this Order includes reimbursement for Federal Excise taxes, but does not include sales taxes, use taxes or property taxes based on sales volume, (Federal, State, or Local) unless expressly so stated. Purchaser assumes and agrees to pay, unless prohibited by law, any such sales, use or property taxes imposed on or applicable to the transaction covered by this Order, regardless of which party may have primary tax liability therefor.

8.    MANUFACTURER'S WARRANTY: ANY WARRANTY ON ANY NEW VEHICLE OR USED VEHICLE STILL SUBJECT TO A MANUFACTURER'S WARRANTY IS THAT MADE BY THE MANUFACTURER ONLY. THE SELLER HEREBY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED.

9.    PURCHASER SHALL NOT BE ENTITLED TO RECOVER FROM DEALER ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS, OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

10.   The Purchaser, before or at the time of delivery of the motor vehicle covered by this Order will execute such other forms of agreement or documents as may be required by the terms and conditions of payments indicated on the front of this Order.

11.   Seller makes no representations concerning fuel economy of the sale unit and any information posted on the sale unit or contained in literature relating to the same reflect the results of tests performed, required or prescribed by government agency, upon which Seller has relied.

12.   It is expressly agreed to and understood by Buyer and Seller that in the event of a non-credit transaction, Seller retains a security interest in the purchased vehicle until such time as Buyer has paid the Seller for the vehicle.

Buyer agrees to all the above listed charges.

---

### PLEASE READ CAREFULLY! NOTICE OF ARBITRATION

**If you agree to arbitration, you are giving up your right to go to court for claims and disputes arising from this Contract.**
- You or we can choose to have any dispute between us decided by arbitration, and not by a court or by a jury trial.
- If a dispute is arbitrated, you give up your right to join in as a class representative or class member on any class claim you may have against us, including any right to class arbitration.
- In arbitration, discovery and rights to appeal are generally more limited than in a judicial proceeding, and other rights that you and we would have in court may be unavailable.

**ARBITRATION AGREEMENT:** At your or our election, any claim or dispute in contract, tort, statute or otherwise between you and us or our employees, agents, successors, or assigns that arises out of or relates to your credit application, this Contract or any resulting transaction or relationship including those with third parties who do not sign this Contract, is to be decided by neutral binding arbitration. The election to arbitrate any claim or dispute may be made before or after a lawsuit has been filed, and with respect to any counterclaims that may be filed in a lawsuit. The interpretation and scope of this arbitration agreement, including the arbitrability of a claim or dispute, is also to be decided by neutral binding arbitration, except for the validity of the waivers of class action rights. The validity of the waivers of class action rights shall only be determined by a court of competent jurisdiction.

If you or we choose to arbitrate any claim or dispute, you and we agree that no arbitration proceeding or other judicial proceeding shall take place. In addition, you agree not to participate as a class representative or class member on any class claim that you may have against us, including class arbitration. You and we also agree that any claim or dispute is to be heard and decided by one arbitrator on an individual basis, and not as a class action.

For the arbitration, you or we may choose one of the following arbitration administrators with its applicable rules: the American Arbitration Association ("AAA"), 335 Madison Ave., Floor 10, New York, NY 10017-4605 (www.adr.org) or JAMS ("JAMS"), 1920 Main Street, Suite 300, Irvine, California 92614, www.jamsadr.com. You can get a copy of the rules of these arbitration administrators by contacting them directly or visiting their websites. If for any reason neither the AAA nor JAMS are willing or available to administer any arbitration, you and we shall attempt to reach an agreement on an alternative arbitration administrator or arbitrator. In the event you and we cannot reach such an agreement, an alternative arbitration administrator or arbitrator may be appointed by a court in accordance with the Federal Arbitration Act ("FAA").

Any arbitration hearing will be conducted in the federal judicial district where the dealership from which you purchased the vehicle is located, unless you and we agree otherwise. You and we shall pay the fees and costs specified by the applicable rules of the arbitration administrator selected. As part of any award, the arbitrator may assess the fees and costs associated with any arbitration in accordance with applicable law. You and we shall be responsible for our own attorney fees associated with any arbitration, unless otherwise allowed for under applicable law and awarded by the arbitrator.

The arbitrator will be a lawyer or a former judge. In making an award, the arbitrator shall follow governing substantive law. The arbitrator has the authority to order specific performance, monetary damages and punitive damages or to provide any relief allowed by applicable law. Other than the grounds for review under the FAA, the arbitration award is final and binding on all parties. Any court having jurisdiction may enforce the arbitrator's award.

You and we retain rights to self-help remedies and to seek remedies in small claims court for claims or disputes within that court's jurisdiction, unless those claims or disputes are transferred, removed, or appealed to a different court. You and we retain rights to take measures that do not involve a court or arbitration. These measures include, but are not limited to, setting off against a deposit account, repossessing property, and foreclosing on property. You or we may obtain a temporary court order necessary to prevent harm until the arbitration is completed. By exercising any retained rights or by taking measures that do not involve a court or arbitration, neither you nor we waive the right to arbitrate any claim or dispute.

You agree that this Contract involves interstate commerce, and that the FAA (9 U.S.C. § 1 et. seq.) governs this arbitration agreement and not any state law concerning arbitration, including state law arbitration rules and procedures. This arbitration agreement survives any termination, payoff or transfer of this Contract. Except for the waivers of class action rights, if any part of this arbitration agreement is found to be unenforceable, the remainder is enforceable. If the waivers of class action rights are found to be invalid by a court of competent jurisdiction, then this entire arbitration agreement shall be deemed invalid.

By signing the Contract, you and we understand and agree to be bound by its terms, and expressly waive our rights to a trial by jury and judicial process, and review, except as allowed by law. Nevertheless if you do not want this arbitration agreement to apply, you may reject it by mailing a written notice to us at:
Group 1 Automotive. Inc. Attn- General Counsel, 800 Gessner, Suite 500, Houston Texas 77024, that describes the Contract and that states you are rejecting the arbitration agreement. A rejection notice is only effective if it is signed by each borrower, and the envelope that it is sent in is postmarked no more than five calendar days after the Contract. If you reject the arbitration agreement, it will not affect any other terms of the Contract. If you do not properly reject the arbitration agreement, it will be effective as of the date of the Contract.

**Caution:** It is important that you read this arbitration agreement thoroughly before you sign this Contract. By signing it, you acknowledge that you have read and understand this arbitration agreement, and have received a copy of it. If you do not understand something in this arbitration agreement, do not sign this Contract; instead ask your lawyer.

OTHER IMPORTANT AGREEMENTS

**1. FINANCE CHARGE AND PAYMENTS**

a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

e. **Your right to refinance a balloon payment.** A balloon payment is a scheduled payment that is more than twice as large as the average of your earlier scheduled payments. If you are buying the vehicle primarily for personal, family or household use, you have the right to refinance the balloon payment when due without penalty. The terms of the refinancing will be no less favorable to you than the terms of this contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

**2. YOUR OTHER PROMISES TO US**

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**
You give us a security interest in:
• The vehicle and all parts or goods put on it;
• All money or goods received (proceeds) for the vehicle;
• All insurance, maintenance, service, or other contracts we finance for you; and
• All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as an additional insured and as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay what you owe at once after we give you any notice the law requires. Default means:
• You do not pay any payment on time; or
• You give false, incomplete, or misleading information during credit application, you start a proceeding in bankruptcy or one is started against you or your property, or you break any agreements in this contract, except that if you bought the vehicle primarily for personal, family or household purposes, we will only treat these events as defaults if they significantly impair the prospect of payment, performance, or realization of the collateral. We bear the burden of establishing the prospect of significant impairment.
The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** You will pay our reasonable costs to collect what you owe, including court costs, attorney fees and collection agency fees, but you will not have to pay both attorney fees and collection agency fees. Collection costs will not include costs incurred by our salaried employees and will not exceed 15% of the amount you owe.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you after we give you any notice the law requires. We may only take the vehicle if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, main-tenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

**4. WARRANTIES SELLER DISCLAIMS**

The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. It only applies if you are an organization.
**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

**5. SERVICING AND COLLECTION CONTACTS**

You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

88317*1*KS51S-FI

Buyer Initials X _____  Co-Buyer Initials X __N/A__

04/09/2022  04:10 pm

LAW 553-KS-eps-14 3/21 v1   Page 2 of 3