## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **KELLI NUSSBAUM** | ) | |
| | ) | |
| **Petitioner,** | ) | **Case No.  23-CV-02442** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **GROUP 1 AUTOMOTIVE** | ) | |
| **d/b/a BARON BMW,** | ) | REQUEST FOR JURY TRIAL |
| | ) | |
| Serve at:  **800 Gessner Rd, Suite 500** | ) | |
| **Houston, TX 77024** | ) | |
| | ) | |
| **Respondent.** | ) | |

## PETITIONER'S RESPONSE TO
## OCTOBER 16, 2023 NOTICE AND ORDER TO SHOW CAUSE

COMES NOW Petitioner Kelli Nussbaum ("Petitioner"), by and through counsel, and for her Response to the Court's October 16, 2023 Notice and Order to Show Cause, respectfully states as follows:

1.      On October 16, 2023, the Court issued a Notice and Order to Show Cause ("Notice and Order") as to why Petitioner's claims should not be dismissed due to lack of subject matter jurisdiction.

2.      In this Notice and Order, the Court sought clarification as to the issue of diversity of citizenship with regard to the parties.

3.      Contemporaneous with the filing of this Response, Petitioner has filed her Amended Complaint pursuant to FRCP 15(a)(1).

4.      In Petitioner's Amended Complaint, Petitioner expressly lays out the citizenship of the parties, thereby confirming the absence of any dispute regarding diversity of citizenship.

2

5.      Petitioner's Amended Complaint explicitly states that Petitioner is a citizen of the state of Missouri and Respondent is a citizen of the state of Texas. (Pl. Am. Comp. ¶ 1-2).

6.      This clarification demonstrates that the parties are diverse, and since the amount in controversy exceeds the jurisdictional requirement of seventy-five thousand dollars ($75,000.00), Petitioner respectfully submits to the Court that the conditions for the Court's subject matter jurisdiction over this suit pursuant to 28 U.S.C. § 1332(a) have been satisfied.

*/s/ Brian T. Goldstein*
Brian T. Goldstein      KS Bar 19077
Law Offices of Brian T. Goldstein
11705 W. 164th Place
Overland Park, KS 66221
(913) 558-0228
btgoldsteinlaw@gmail.com
*ATTORNEY FOR PETITIONER*
